FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN ANGEL ALVAREZ,<br><br>Defendant. | No. 4:18-CR-06053-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE<br><br>**ECF No. 39, 40** |

On Thursday, February 28, 2019, the Court conducted a hearing on Defendant's Motion to Modify Conditions of Release (ECF No. 39) and Motion to Expedite (ECF No. 40). Defendant appeared with Assistant Federal Defender Jeffrey Dahlberg. Assistant United States Attorney George Jacobs represented the United States.

The Court has considered the proffered information and evaluated the four factors outlined in 18 U.S.C. § 3142(g) to decide whether less restrictive conditions of release would reasonably assure Defendant's appearance in court

ORDER - 1

and the safety of the community: (1) the nature and circumstances of the offense; (2) the weight of evidence against Defendant; (3) the history and characteristics of Defendant; and (4) the nature and seriousness of the danger Defendant would present to the community if released.  Defendant has been compliant with his current restrictive conditions of release for approximately four months. Defendant has been fully employed during this period and travels a significant distance to his employment.  Because Defendant has been fully compliant with release while on home confinement, the Court finds that Defendant's home confinement condition can be converted into a curfew condition and still ensure Defendant's future appearance and the safety of the community.

IT IS HEREBY ORDERED:

1. The Motion to Expedite (**ECF No. 40**) is **GRANTED**.
2. The Motion to Modify Conditions of Release (**ECF No. 39**) is **GRANTED**.  Defendant's previously-imposed conditions of release (**ECF No. 22**) shall be **MODIFIED** as follows:
    a. Special Condition of Release No. 2 shall be temporarily modified as follows: Defendant shall be permitted to travel to the Western District of Washington from Friday, March 15, 2019 through Sunday, March 17, 2019 to attend his child's athletic event.  Travel details must be provided to and approved by the United States

ORDER - 2

Probation Office prior to Defendant's travel.

 b. Special Condition of Release No. 10 shall be stricken and replaced with the following: Defendant shall be restricted to his approved residence every day from 10:00 PM to 3:30 AM. The United States Probation Office shall have the discretion to modify these hours as needed to accommodate Defendant's work schedule and other obligations.

DATED February 28, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 3